UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRUCE MURCEL SUTTON-KING a/k/a BRUCE M. S-KING,

                Plaintiff,

-against-

NEW YORK COUNTY/CITY; QUEENS COUNTY/CITY; NEW YORK CITY POLICE DEPARTMENT; MICHAEL McHUGH; LAWRENCE HIGGINS; DENNIS WIENCKO; KEVIN C. MEEHAN; GEORGE NEGRON; MICHAEL KENNEDY; JOSEPH RILEY; HUNT; JOSEPH SWEENEY, HOWARD VINCENT; P. WEIR; JOHN/JANE DOE #15 THROUGH #21; CRUCITO; HIGBIE; MAZZAU; McENROY; JOHN/JANE DOE #1 THROUGH #14; WILLIAM BRATTON; LINDA C. ROSERO; KAREN L. LYNCH; USHIR PANDIT; MATTHEW FRANCIS BOGDANOS; RICHARD A. BROWN; ROBERT MORGANTHAU; CYRUS A. VANCE; QUEENS COUNTY DISTRICT ATTORNEY OFFICE; NEW YORK COUNTY DISTRICT ATTORNEY OFFICE; and SUSAN V. TIPOGRAPH,

                Defendants.

21-CV-5622 (LTS)

CIVIL JUDGMENT

---

    Pursuant to the order issued February 22, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  February 22, 2022
        New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge